IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SILENE JOSEFINA MEDINA ESCALONA and MIGUEL ANGEL PADRON VERA,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Respondents. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:26-cv-00777-RJS<br><br>District Judge Robert J. Shelby |

On October 30, 2026, the parties filed a Joint Motion for Extension of Time to File Answer.[1] Having reviewed the Motion, and for good cause appearing therein, the court GRANTS the Motion.[2] Respondents have up to and including December 29, 2026 to file a response to the Petition.[3]

SO ORDERED this 2nd day of November, 2026.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge

[1] Dkt. 15, *Joint Motion for 60-Day Extension of Time to Respond to Plaintiff's Complaint*; *see also* Dkt. 1, *Petition for Writ of Mandamus*.

[2] Dkt. 15.

[3] *See* Dkt. 1, *Petition for Writ of Mandamus*.